09-1032-cv
Grabauskas v. Central Intelligence Agency (CIA)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, in the City of New York, on the 18th day of June, two thousand ten.

PRESENT:

>WILFRED FEINBERG,
>ROBERT D. SACK,
>PETER W. HALL,
>>*Circuit Judges*.

───────────────────────────────────────────

Anele R. Grabauskas,

>*Plaintiff-Appellant*,

>v.                                                                No. 09-1032-cv

Central Intelligence Agency,

>*Defendant-Appellee.*

───────────────────────────────────────────

For Appellant:          ANELE R. GRABAUSKAS, *pro se*, Forest Hills, New York.

For Appellee:           BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, Varuni Nelson and James R. Cho, Assistant United States Attorneys, Brooklyn, New York.

Appeal from a judgment of the United States District Court for the Eastern District of New York (Carol Bagley Amon, *Judge*).

**UPON DUE CONSIDERATION**, it is hereby **ORDERED, ADJUDGED AND DECREED** that the judgment of the district court is **AFFIRMED**.

Plaintiff Anele R. Grabauskas, *pro se*, appeals from the *sua sponte* dismissal of her complaint without leave to amend. We assume the parties' familiarity with the facts and the record of prior proceedings, which we reference only as necessary to explain our decision to affirm.

We review *de novo* a district court's *sua sponte* dismissal of a complaint. *See Shakur v. Selsky*, 391 F.3d 106, 112 (2d Cir. 2004). Upon such review, we conclude, substantially for the reasons stated by the district court, that Plaintiff's complaint so plainly "lacks an arguable basis either in law or fact" that it was properly dismissed *sua sponte* without allowing further pleading. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also Fitzgerald v. First E. Seventh St. Tenants Corp.*, 221 F.3d 362, 364 (2d Cir. 2000). Even when read with the "special solicitude" due *pro se* pleadings, *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474-75 (2d Cir. 2006) (internal quotation marks omitted), the complaint fails "to state a claim to relief that is plausible on its face," *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007); *see also Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009); *Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998) (observing that dismissal is proper where allegations are "product of delusion or fantasy" (internal quotation marks omitted)). Moreover, because there is no reason to think that a valid claim might be stated, denial of leave to amend was appropriate. *See Cuoco v. Moritsugu*, 222 F.3d 99, 112 (2d Cir. 2000).

We have considered Plaintiff's other arguments on appeal and conclude that they are without merit. Accordingly, the judgment of the district court is hereby AFFIRMED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court